```
EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America
```



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00278 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. 846, 841(a)(1)] |
| MITCHELL FAKALATA, | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges that:

On or about May 20, 2003 in the District of Hawaii, defendant Mitchell Fakalata knowingly and intentionally attempted to possess with intent to distribute five-hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846,

841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, May 29, 2003.

A TRUE BILL.

/s/
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By *(signature)*
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

*(signature)*
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Fakalata, USDC-Hawaii, Indictment.

2