EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA      1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0278JMS |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | |
| | ) | |
| MITCHELL FAKALATA, | ) | |
| | ) | Sentencing Date: 3/6/06 at |
| Defendant. | ) | 2:15 p.m., before District |
| _____ ) | | Judge J. Michael Seabright |

**MOTION FOR DOWNWARD DEPARTURE**
**IN SENTENCING DEFENDANT**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant Mitchell Fakalata, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently

herewith.

    DATED:   Honolulu, Hawaii, March 3, 2006.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii


                            By <u>/s/ Michael K. Kawahara</u>
                               MICHAEL K. KAWAHARA
                               Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Matthew C. Winter   [matthew_winter@fd.org](mailto:matthew_winter@fd.org)   March 3, 2006

  Attorney for Defendant
  Mitchell Fakalata

Served by hand-delivery:

Probation Officer
300 Ala Moana Blvd., Rm. C-126
Honolulu, HI 96850


                                        /s/ Rowena N. Kang